

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00341-CV
No. 04-19-00342-CV

**IN RE** Brittany **RETLEDGE** and Arnold Lamotte, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 29, 2019

PETITIONS FOR WRIT OF MANDAMUS DENIED

On May 23, 2019, relators each filed a petition for writ of mandamus complaining of the same underlying judgment. After considering the petitions, this court concludes relators are not entitled to the relief sought. Accordingly, the petitions for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CV04147, styled *Brittany Retledge and Arnold LaMotte, Jr. v. Misty Santana*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable J. Frank Davis presiding.